UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONALD RAY VANHOOK II,<br>Defendant. | No. CR06-70375HRL<br><br>**DETENTION ORDER**<br><br>**FILED**<br>JUN 2 0 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

Defendant, who is under indictment in the Western District of Oklahoma on drug charges, was granted pre-trial release under conditions. He was receiving "courtesy" supervision from the Pretrial Service Office in the Eastern District of California, where he resides. He is now before this court after his arrest here on a warrant issued out of the Western District of Oklahoma for violation of his conditions of pre trial release. Defendant opted to have a detention hearing in this district rather than in Oklahoma.

A detention hearing was held on June 20, 2006, and this is the court's order. Defendant has repeatedly, persistently failed to report to his pretrial officer and to submit to required drug testing. And, he has tested positive for drugs. This, along with a criminal history showing numerous instances of failure to appear and unresolved bench warrants, do not give the court comfort that he will, if allowed to remain on pretrial release, obey its orders. Although several relatives volunteered to act as custodians and his mother offered to sign an unsecured bond, these offers do not adequately address the defendant's unwillingness (or, inability) to comply.

Accordingly, he is ordered detained.

Dated: 6/20/06

Magistrate Judge Howard R. Lloyd